IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| N2N Global, Inc, <br> *Plaintiff,* <br><br> v. <br><br> Walmart Inc. f/k/a Wal-Mart Stores, Inc., <br><br> *Defendant.* | Case No. 5:24-cv-05110-TLB |

# First Amended Complaint

# Exhibit 1

Rev 1/2015

1



Rev 1/2015

Rev 1/2015

2

Rev 1/2015

4